FRANCIS G. BURKE, Appellant, *v.* WILLIAM B. ISHAM et al., Respondents.

(Argued May 29, 1873 ; decided September 23, 1873.)

*John E. Develin* for the appellant.

*W. P. Prentice* for the respondents.

Agree to affirm.   No opinion.

Judgment affirmed.

---

THOMAS GIBBS, Respondent, *v.* NELSON D. ROSS, Appellant.

(Argued May 30, 1873 ; decided September 23, 1873.)

*E. F. Bullard* for the appellant.

*Irving Browne* for the respondent.

Agree to affirm.   No opinion.

Judgment affirmed.